MACKAY TELEGRAPH & CABLE CO. v.
MARTIN et al. (No. 2177.)

(Court of Civil Appeals of Texas. Texarkana.
Feb. 12, 1920.)

On motion for rehearing. Motion over-
ruled.

For former opinion, see 218 S. W. 133.

LEVY, J. It is insisted that the case of
Telegraph Co. v. Tice, 149 S. W. 1078, is in
direct conflict with the ruling in the instant
case. We do not think that case is at vari-
ance or in conflict with the present case. The
question involved in the Tice Case was
whether or not mental anguish alone was re-
coverable as damages. We intended to hold,
and so interpret our ruling, that mental an-
guish was recoverable in that case. We used
this language:

"Hence, according to our view, it is imma-
terial whether this be treated as a Texas or an
Arkansas contract; in either event, the result
would be the same."

And in that opinion we stated that the laws
of Texas, as well as Arkansas, allowed re-
covery for mental anguish in that character
of suit. In the instant case we hold that the
message was interstate, and the laws of
Mississippi where the contract was made, de-
nied a recovery for mental anguish alone in
this character of suit. The two cases apply
the same principle of law.

The motion for rehearing is overruled.